248 So.2d 333

**HARTFORD FIRE INSURANCE CO. et al.**

v.

**CARUSO–SIMONEAUX AGENCY, INC., et al.**

No. 51426.

June 2, 1971.

In re: Ted V. Bagwell applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 246 So.2d 262.

Writ refused. There is no error of law in the court of appeal judgment.

■

248 So.2d 334

**The FIRST NATIONAL BANK OF ABBE-VILLE, Bank of Abbeville & Trust Co. and Bank of Erath**

v.

**Clem H. SEHRT, State Bank Commissioner, State of Louisiana.**

No. 51436.

June 2, 1971.

In re: First National Bank of Abbeville, Bank of Abbeville & Trust Company and Bank of Erath applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 246 So.2d 382.

Writ refused. Based upon the showing made in the opposition to the application, the question presented is now moot.

SUMMERS, Justice, recused.